RECEIVED
IN ALEXANDRIA, LA.
AUG 10 2011
TONY R. MOO~~~~ERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JONICA HAAMID PHILLIPS<br>LA. DOC. #429550 | DOCKET NO. 11-CV-324; SEC. P |
| **VERSUS** | JUDGE DEE D. DRELL |
| TOMMY GLOVER | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 10th day of August, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE